## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CITY CHURCH,** | ) | Case No. 21-30161 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date copies of the *Stipulation Between Debtor and Herring Bond Trustee* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

Dated: Charlotte, North Carolina
December 22, 2021

HAMILTON STEPHENS
STEELE + MARTIN, PLLC

 */s/ Melanie D. Johnson Raubach*
Melanie D. Johnson Raubach (Bar No. 41929)
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
mraubach@lawhssm.com
*Counsel for Herring Bank, as Trustee for the Benefit of the Bondholders of University City Church*

4865-2307-0215, v. 1