IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) ) | Bankruptcy Case No.: 21-30161 Chapter 11 |
| CITY CHURCH | ) ) ) ) ) ) ) |  |

## TRUSTEE'S NOTICE OF NON DISCLOSURE OF ASSETS

Michael T. Bowers, as Trustee for the Debtor City Church, hereby files this notice of non-disclosure of assets in this case. In support of this Notice, the Trustee respectfully represents as follows:

### Case Background

1. On March 27, 2021 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V, of the Bankruptcy Code in this Court.

2. On March, 29, 2021, Michael T. Bowers was appointed as Trustee for the Debtor.

3. The §341 meeting in this case was held on April 29, 2021.

4. The Debtor, in the voluntary petition (Doc. 1), filed Schedule A/B disclosing certain assets of the Debtor, in particular certain personal property, including the following:

    a. Office Furniture, Fixtures, and Equipment     $24,090.00

    b. Machinery, Equipment, and Vehicles     $3,115.00

    c. All other Assets    $20,230.00

5. On June, 25, 2021, the Debtor filed the Plan of Reorganization under §1190 of the Bankruptcy Code.

6. On August 9, 2021 the Debtor filed an Amended Plan of Reorganization under §1190 of the Bankruptcy Code.

7. On December 27, 2021 the Debtor filed their Motion for Private Sale of Real Property (Doc 79) under §363 of the Bankruptcy Code. Attached to the Motion for Sell was the Agreement to Purchase and Sale of Improved Real Property.

8. On February 7, 2022, this Court entered its Order Granting Debtor's Motion for Private Sale (Doc 95) under §363 of the Bankruptcy Code.

9. The real property was sold under this Order and the net sales proceeds were deposited with the Trustee.

10. On July 19, 2022 the Debtor filed a Third Amended Plan of Reorganization (Doc 127) under §1190 of the Bankruptcy Code.

11. On October 26, 2022, a confirmation hearing was held in which the Third Amended Plan was confirmed under §1191(a) of the Bankruptcy Code.

## Personal Property

12. On December 27, 2022 the Trustee received an email from counsel for the Debtor regarding certain personal property of the Debtor.

13. In controversy were several pieced of audio, video, and lighting equipment ("AVL equipment") claimed by both the Debtor and Workmanship, LLC.

14. Workmanship, LLC purchased the former real property of the Debtor from BiPart Development subsequent to the sale confirmed by this Court.

15. On January 14, 2023 the Trustee was copied on several emails relating to another issue on personal property. The Debtor sold playground equipment and on January 14, 2023 the purchaser arrived on the real property to remove the purchased equipment.

16. The Trustee informed all parties to cease actions pending a hearing on the matter.

17. The Trustee has spoken with both parties involved as to their respective claims relating to the AVL equipment being personal property or fixtures.

18. Of concern to the Trustee is the non-disclosure of the AVL equipment and the playground equipment under claim by the Debtor and the resulting sale and partial removal of the playground equipment.

19. The Trustee has been informed that the value of the AVL equipment could be between $200,000 and $300,000.

20. The Trustee has also been provided information regarding offers for sale of the AVL equipment by the Debtor prior to confirmation of the Third Amended Plan.

21. The Trustee has revied the petition, schedules, and other documents filed in this case, and has determined that the AVL equipment was not disclosed.

22. The Trustee has reviewed the petition, schedules, and other documents filed in this case and has determined that the playground equipment was not disclosed. The Debtor disclosed "misc Daycare Playsets 3 $50.00", however the Trustee has been informed this was sold for $4,500.00.

23. Based on pictures provided to the Trustee, it is the Trustee's position that the playground equipment, being installed on the real property with concrete which required extensive work to remove, would be a fixture and not personal property of the Debtor.

24. The Trustee has requested an inventory, value, and photographs of the AVL equipment in dispute.

This the 24th day of December 2023

/s/ Michael T Bowers
Michael T Bowers
Trustee for City Church
219 A Wilmot Drive
Gastonia, N.C. 28054
Fax: 704-867-5303
Telephone: 704-867-2394
mbowers@mbcpafirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

| | | |
|---|---|---|
| IN RE: | ) ) ) ) ) | Bankruptcy Case No.: 21-30161<br>Chapter 11 |
| CITY CHURCH | ) ) ) ) ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the *Notice of Non Disclosure of Assets* was served on those parties who have requested electronic service in this case on January 24, 2023 and by USPS First Class mail to parties listed in the attached matrix.

This the 24th day of January 2023

/s/ Michael T. Bowers
Michael T. Bowers
219 A Wilmot Drive
Gastonia, N.C. 28054